MORRIS EMSIG, Appellant, v. SARAH FUCHS, Also Known as SADIE FUCHS, Respondent.

Supreme Court, Appellate Term, First Department, May 12, 1936.

*Jackson & Lester* [*Irwin D. Lester* of counsel], for the appellant.

*Max Fuchs*, for the respondent.

PER CURIAM. An action on a bond secured by a mortgage on realty is maintainable under sections 1077-b and 1083-b of the Civil Practice Act when an action to foreclose a mortgage would be main-

tainable. Moreover, the defendant, where the action is on a bond, must prove reasonable market value of the property by way of set-off.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur. Present — LEVY, HAMMER and CALLAHAN, JJ.